United States District Court
Southern District of Texas
**ENTERED**
June 21, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DARRELL JACOBY MARK, | § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION: 4:17-cv-2784 |
| RONALD HICKMAN, *et al*, | § § | |
| Defendants. | § § | |

## ORDER

The Court has considered the Joint Stipulation of Dismissal with Prejudice, filed by Plaintiff Darrell Jacoby Mark and Defendants Sheriff Ed Gonzalez, in his official capacity, and John Charles Revelle. The stipulation is hereby **ENTERED**. It is therefore **ORDERED** that the claims against Defendants Gonzalez and Revelle are hereby **DISMISSED** with prejudice.

SIGNED on ___June 21___, 2021, at Houston, Texas.

Andrew S. Hanen
United States District Judge

1100906.1.doc